**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                   Case No. 01-CR-148

ELLIS JORDAN,

        Defendant.

_____

## ORDER

On February 21, 2003, this court sentenced Ellis Jordan to 180 months' imprisonment for violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(iii) and 846. This sentence was imposed on the basis of Jordan's total offense level – 35, and a criminal history score of I, which taken together called for a guideline sentence of 168-210 months. Although charged with offenses involving both crack and powder cocaine, in this instance the defendant's total offense level was calculated solely on the basis of relevant conduct that involved powder cocaine.

On November 1, 2007, the United States Sentencing Commission amended the advisory federal sentencing guidelines for criminal offense involving crack cocaine. On December 11, 2007, the Sentencing Commission further decided that, effective March 3, 2008, these amended guidelines would apply retroactively to all offenders who were sentenced under the previous versions of the sentencing guidelines and who are presently incarcerated. The practical effect of these amendments is that, pursuant to the provisions of 18 U.S.C. § 3582(c)(2),

defendants previously convicted of offenses involving crack cocaine may be eligible for a reduction in their sentence.

On February 13, 2008, March 24, 2008, and April 23, 2008, Jordan filed pro se motions to reduce his sentence pursuant to § 3582(c)(2). Having considered Jordan's motion, together with an analysis from the United States Probation Office, and input from the United States Attorney's Office, the court concludes that his motion must be denied. Under the amended guidelines, Jordan's offense level and sentencing guideline range remain the same. As earlier noted, Jordan was convicted for drug offenses involving powder and crack cocaine; however, his guideline range was calculated solely upon the weight of powder cocaine, which is not a drug affected by the Sentencing Commission's amendments. Therefore, the court finds no factual or legal basis to reduce the sentence of 180 months' imprisonment imposed on February 21, 2003.

Accordingly,

**IT IS ORDERED** that Jordan's motions to reduce (Docket #s 495, 497 and 499) be and the same are hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 18th day of June, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge